UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2014

In the Matter of the Application of

MOBIL CERRO NEGRO, LTD., *et al.*,

Arbitration Award Creditors,

For Recognition and Enforcement of an Arbitration Award

- against -

BOLIVARIAN REPUBLIC OF VENEZUELA,

Arbitration Award Debtor.

Civil Action No.
14-CV- 8163 UN

[~~PROPOSED~~] ORDER
AND JUDGMENT

UPON CONSIDERATION of Plaintiffs Mobil Cerro Negro, Ltd., Venezuela Holdings, B.V., Mobil Cerro Negro Holding, LTD., Mobil Venezolana de Petróleos Holdings, Inc., and Mobil Venezolana de Petróleos, Inc. (collectively the "ExxonMobil entities" or "Plaintiffs") *Ex Parte* Petition to Recognize Arbitration Award Pursuant to 22 U.S.C. § 1650a ("Petition"), the memorandum of law in support thereof, the declarations in support thereof, and accompanying exhibits, it is hereby

ORDERED that Plaintiffs' Petition is GRANTED; and it is further

ORDERED that:

    a.    The pecuniary obligations in the Final Award in favor of the ExxonMobil entities and against Venezuela shall be recognized and entered as a judgment by the Clerk of this Court in the same manner and with the same force and effect as if the Final Award were a final judgment of this Court,

as authorized by 22 U.S.C. § 1650a and Article 54 of the ICSID Convention;

b.  In accordance with the pecuniary obligations contained in the Final Award, Venezuela shall pay to Plaintiffs the sum of ONE BILLION SIX HUNDRED MILLION FORTY TWO THOUSAND FOUR HUNDRED EIGHTY TWO DOLLARS (US$ 1,600,042,482), together with post-Final Award annual compound interest as provided in the Final Award at a rate of 3.25% from June 27, 2007 up to the date when payment has been made in full.

SO ORDERED.

Dated: 10/10/14

United States District Court

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____