# EXHIBIT A



INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES

1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE (202) 458 1534 | FACSIMILE (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

October 24, 2014

| | |
|---|---|
| Venezuela Holdings, B.V., *et al.* | Bolivarian Republic of Venezuela |
| c/o Mr. Thomas L. Cubbage III | c/o Dr. Manuel Enrique Galindo Ballesteros |
| Mr. Miguel López Forastier | Procuraduría General de la República |
| Covington & Burling LLP | Av. Los Ilustres, cruce con calle Francisco |
| 1201 Pennsylvania Ave., NW | Lazo Martí |
| Washington, D.C. 20004-2401 | Edif. Procuraduría General de la República, |
| USA | piso 8 |
| and | Urb. Santa Mónica |
| Mr. Gaëtan Verhoosel | Caracas 1040 |
| Three Crowns LLP | Venezuela |
| 1 King Street | and |
| London EC2V 8AU | Mr. George Kahale, III |
| UK | Mr. Benard V. Preziosi, Jr. |
| and | Ms. Miriam K. Harwood |
| Mr. René J. Mouledoux | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| Mr. Eugene J. Silva II | 101 Park Avenue |
| Production Company Law Department | New York, New York 10178 |
| Exxon Mobil Corporation | USA |
| 800 Bell Street | and |
| Houston, Texas 77002 | Ms. Gabriela Álvarez-Ávila |
| USA | Curtis, Mallet-Prevost, Colt & Mosle, S.C. |
| | Rubén Darío 281, Pisos 8 & 9 |
| | Col. Bosque de Chapultepec |
| | 11580 Mexico, D.F. |
| | Mexico |

**Notice of Registration**
(ICSID Case No. ARB/07/27)

On October 23, 2014, the International Centre for Settlement of Investment Disputes (ICSID) received from the Bolivarian Republic of Venezuela an Application for Revision of the Award, rendered on October 9, 2014, under Article 51(1) of the ICSID Convention, accompanied by the prescribed lodging fee.

On October 24, 2014, pursuant to Rule 50(2)(a) of the ICSID Arbitration Rules, I registered the Application for Revision.

The application contains a request for a stay of the enforcement of the above-mentioned Award, in accordance with ICSID Arbitration Rule 54(1). Pursuant to Arbitration Rule 54(2), the enforcement of the Award is provisionally stayed.

In accordance with Rule 50(2)(c) of the ICSID Arbitration Rules, copies of the Application for Revision and accompanying documents are being transmitted to Venezuela Holdings, B.V. *et al.*. I am also transmitting copies to each member of the Tribunal, together with this notice of registration, in accordance with Rule 51(1)(a) of the ICSID Arbitration Rules.

Meg Kinnear
Secretary-General