# EXHIBIT 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In the Matter of the Application of

ENRON CORP. and
PONDEROSA ASSETS L.P.,

          Arbitration Award Creditors,

For Recognition and Enforcement of an Arbitration Award

- against -

ARGENTINE REPUBLIC,

          Arbitration Award Debtor.

------------------------------------x



No. M-82

**ORDER TO AMEND JUDGMENT**

WHEREAS, an Order and Judgment was filed in favor of Arbitration Award Creditors, Enron Corp. ("Enron") and Ponderosa Assets L.P. ("Ponderosa") in the above-stated matter on 11/21/2007;

WHEREAS, pursuant to the Federal Rule of Procedure ("FRCP") 60(a), a court may correct, on its own and with or without notice, a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record;

WHEREAS, on reading the Declaration of Calvin KY Chan, dated December 11, 2007; Exhibit "1" thereto, being a copy of the Order and Judgment entered on 11/21/2007; and Exhibit "2" thereto, being a copy of the Award in Case No. ARB/02/16 (the "Award") issued on May 22, 2007 by an arbitral tribunal duly convened and constituted under the Bilateral Investment Treaty between Argentina and the United States, which came into force on October 20, 1994 (the "US-

MICROFILMED

DEC 1 8 2007 –9 00 AM

Argentina BIT") and the Convention On The Settlement Of Investment Disputes Between States And Nationals Of Other States, which came into force on October 14, 1966 ("ICSID Convention"), a clerical error was made in line 7 of the Order and Judgment entered on 11/21/2007, such clerical error pertaining solely to the date upon which the Award was issued;

Now, THEREFORE, IT IS HEREBY ORDERED, that the Order and Judgment entered on 11/21/2007, line 7, shall solely be amended to read that the Award was issued on May 22, 2007.

Dated: New York, New York
December 14, 2007

_____
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In the Matter of the Application of :
: No. M-82
ENRON CORP. and :
PONDEROSA ASSETS L.P., :
:
            Arbitration Award Creditors, :
:
For Recognition and Enforcement of an Arbitration :
Award
:
            - against - :
:
ARGENTINE REPUBLIC, :
:
            Arbitration Award Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF CALVIN KY CHAN

    I, CALVIN KY CHAN, declare as follows:

1. I am an attorney at law duly admitted to practice in the State courts of the State of New York and in the U.S. District Court for the Southern District of New York. I am a member of the firm of King & Spalding LLP, attorneys for Arbitration Award Creditors, Enron Corp. ("Enron") and Ponderosa Assets L.P. ("Ponderosa"). I have personal knowledge of the facts stated herein.

2. An Award was issued on May 22, 2007 in Case No. ARB/02/16 (the "Award") by an arbitral tribunal duly convened and constituted under the Bilateral Investment Treaty between Argentina and the United States, which came into force on October 20, 1994 (the "US-Argentina BIT") and the Convention On The Settlement Of Investment Disputes Between States And Nationals Of Other States, which came into force on October 14, 1966 ("ICSID Convention").

3. A clerical mistake is in the Order and Judgment entered in favor of Arbitration Award Creditors, Enron Corp. ("Enron") and Ponderosa Assets L.P. ("Ponderosa") in the above-captioned matter on 11/21/2007; such clerical mistake pertaining solely to the date upon which the Award was made.

4. The correct date of the issuance of the Award in line 7 of the Order and Judgment entered on 11/21/2007 is May 22, 2007, not September 28, 2007.

5. Attached hereto are Exhibit "1", being a copy of the Order and Judgment entered on 11/21/2007; and Exhibit "2", being a copy of the Award (a certified copy of the Award previously filed as Exhibit 1 to the Affidavit of Calvin KY Chan in support of entry of judgment on 11/19/2007).

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 11, 2007                     By_____
                                                 Calvin KY Chan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In the Matter of the Application of

ENRON CORP. and
PONDEROSA ASSETS L.P.,

                Arbitration Award Creditors,

For Recognition and Enforcement of an Arbitration
Award

                - against -

ARGENTINE REPUBLIC,

                Arbitration Award Debtor.

------------------------------------x

No. M-82

**ORDER AND JUDGMENT**



On reading the Affidavit of Calvin KY Chan, sworn to on November 19, 2007; and Exhibit "1" thereto, being a certified copy of the Award in Case No. ARB/02/16 (the "Award") issued by an arbitral tribunal duly convened and constituted under the Bilateral Investment Treaty between Argentina and the United States, which came into force on October 20, 1994 (the "US-Argentina BIT") and the Convention On The Settlement Of Investment Disputes Between States And Nationals Of Other States, which came into force on October 14, 1966 ("ICSID Convention"), which Award was issued on September 28, 2007; and it appearing that Arbitration Award Creditors, Enron Corp. ("Enron") and Ponderosa Assets L.P. ("Ponderosa"), are entitled to immediate recognition and enforcement of the pecuniary obligations of the Award in their favor in accordance with the provisions of Articles 53 and 54 of Section 6 of the ICSID Convention, as enabled by 22 U.S.C. §1650a;

Now upon the motion of King & Spalding LLP, attorneys for Enron and Ponderosa, it is ORDERED that the annexed pecuniary obligations in the Award in favor of Enron and Ponderosa against Arbitration Award Debtor, the Argentine Republic ("Argentina"), be recognized and entered as a judgment by the Clerk of this Court in the same manner and with the same force and effect as if the Award were a final judgment of this Court; and it is further

ORDERED, ADJUDGED and DECREED that, in accordance with the pecuniary obligations contained in the aforementioned Award, Arbitration Award Creditors, Enron Corporation and Ponderosa Assets L.P., do recover from Arbitration Award Debtor, the Argentine Republic, the principal sum of ONE HUNDRED SIX MILLION TWO HUNDRED THOUSAND and 00/100 DOLLARS ($106,200,000.00) and, together with pre-Award interest as provided in the Award at the six-month average LIBOR rate plus two percent for each year, or proportion thereof, beginning on January 1, 2002, up to and until May 22, 2007, the date the Award was rendered, constituting pre-Award interest of THIRTY-TWO MILLION SEVEN HUNDRED THIRTY-SIX THOUSAND TWO HUNDRED AND 00/100 DOLLARS ($32,736,200.00), amounting in all to the total Award sum of ONE HUNDRED THIRTY-EIGHT MILLION NINE HUNDRED THIRTY-SIX THOUSAND TWO HUNDRED AND 00/100 DOLLARS ($138,936,200.00), together with post-judgment interest on the said judgment amount thereafter until payment in full, in accordance with 28 U.S.C. § 1961, ~~and that Enron and Ponderosa have immediate execution thereof without regard to the 10-day stay contained in Rule 62(a) Fed. R. Civ. P.~~

Dated: New York, New York
November 20, 2007

_____
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

-2-