Steven K. Davidson
202 429 8077
sdavidson@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com



January 13, 2016

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse, Room 2201
40 Foley Square
New York, NY 10007

      Re:  *Mobil Cerro Negro, Ltd. et al. v. Bolivarian Republic of Venezuela*,
           **No. 14-CV-8163 (PAE)**

Dear Judge Engelmayer:

    In accordance with Your Honor's Order of February 13, 2015, the Plaintiffs and the Defendant in the above-referenced matter submit this eleventh joint letter regarding the status of the proceedings before ICSID in ICSID Case No. ARB/07/27.  The parties do not have any further developments to report since their previous joint status letter of December 14, 2015.

    Oral argument on the annulment application before ICSID is scheduled for January 25-26, 2016.

                                         Sincerely,

                                         */s/ Steven K. Davidson*
                                         Steven K. Davidson

cc:  All counsel of record (via ECF)